UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
FOLEY SQUARE DIVISION

| | | |
|---|---|---|
| Phillip Jean-Laurent, § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | Civil Action No.: 1:05-583 (DH) | |
| § | | |
| § | | |
| C.O. Gordon Wilkinson, et al, § | | |
| § | | |
| Defendants. § | | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/09

ORDER

Pending before the Court is Plaintiff's Opposed Motion for Bill of Costs (Inst. # 154). Having considered the motion, the submissions and the applicable law, the Court determines that the motion should be denied. Accordingly, the Court hereby

Orders that the Plaintiff's Opposed Motion for Bill of Costs (Inst. # 154) is DENIED.

Signed at Houston, TX on the **27** day of August, 2009.

DAVID HITTNER
United States District Judge